# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

AUSAR TEHUTI-EL, ex. Rel. Bruce Jackson,

    Plaintiff,

v.

ADAM BELL, Warden,

    Defendant.

CV 222-099

**ORDER**

By Order dated March 29, 2023, the Court gave Plaintiff Ausar Tehuti-El fourteen (14) days to show cause why he has not informed the Court of his new mailing address. Dkt. No. 3; S.D. Ga. L.R. 11.1 ("Each . . . *pro se* litigant has a continuing obligation to apprise the Court of any address change). The Court warned Plaintiff that his "failure to respond to this Court's Order or to otherwise show cause why his case should not be dismissed shall result in the dismissal of this cause of action, without prejudice." Dkt. No. 3; see also Wilson v. Farley, 203 F. App'x 239, 250 (11th Cir. 2006) ("A district court retains the inherent authority to manage its own docket.") Plaintiff has filed no response, and the time for doing so has passed. Accordingly, Plaintiff's claims against Defendant are

DISMISSED without prejudice. The Clerk is DIRECTED to close this case.

SO ORDERED, this 26 day of June, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA